United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BERGNER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO,<br><br>Defendant. | Case No.  24-cv-08926-CRB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

Plaintiff Robert Bergner, the father of Hunter Bergner, sued the County of San Mateo and 50 unnamed individuals following his son's suicide while in custody at Maguire Correctional Facility, a county-operated jail.  The Court granted Defendants' motion to dismiss Plaintiff's first complaint, explaining that (1) Plaintiff had failed to adequately allege a municipal policy or custom for purposes of municipal liability against the County and (2) Plaintiff had failed to adequately allege facts (as opposed to conclusory allegations) sufficient to establish that Defendants knew or should have known that Bergner was at a heightened risk of suicide.  See MTD Order (dkt. 25) at 3–5.

Plaintiff then amended his complaint to add only one allegation:

> On the morning of Bergner's suicide, jail staff members provided meals to inmate[s] and check[ed] on inmates by going cell to cell.  During the check, Bergner appeared visibly distraught in the presence of the defendant deputies.  However, the deputies failed to take any action at that time.

FAC (dkt. 26) ¶ 11.  Defendants now move to dismiss Plaintiff's first amended complaint. MTD FAC (dkt. 27).  The Court finds this matter suitable for resolution on the briefs under Civil Local Rule 7-1(b) and vacates the hearing scheduled for October 3, 2025.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's new allegation does not fix either of the pleading deficiencies that the Court identified in its first order.  The fact that jail staff members provided meals to inmates and checked on them does not support a municipal policy or custom of denying anxiety medications or treatment or ignoring signs that an inmate is at risk of suicide.  See MTD Order at 3.  Nor does the vague allegation that Bergner was "visibly distraught" make it plausible that Defendants knew or should have known that Bergner was at a heightened risk of suicide.  See id. at 4–5; see also Doty v. County of Lassen, 37 F.3d 540, 546 (9th Cir. 1994) (symptoms that "result[ed] merely from incarceration" not serious medical needs).  Because Plaintiff failed to remedy by amendment the deficiencies that the Court clearly identified in its prior order, further leave to amend would be futile.

Accordingly, the Court **GRANTS** Defendants' motion to dismiss with prejudice.

**IT IS SO ORDERED.**

Dated: September 4, 2025

CHARLES R. BREYER
United States District Judge

2